FILED
CLERK, U.S. DISTRICT COURT

JUN 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CR 08-512-JSL |
| v. | ) | ORDER OF DETENTION AFTER HEARING |
| Jose Garcia Ochoa | ) | (18 U.S.C. § 3142(i)) |
| Defendant. | ) | |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion (✗)(by the Government) / ( ) (by the Court sua sponte involving)

    1. (✗) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

///  (3)(✗) felony charge involving possession of a weapon

II.

The Court finds *but the present record + not* no condition or combination of conditions will reasonably assure:

A. (✓) appearance of defendant as required; and/or

B. (✓) safety of any person or the community;

III.

The Court has considered:

A. (✓) the nature and circumstances of the offense;

B. (✓) the weight of evidence against the defendant;

C. (✓) the history and characteristics of the defendant;

D. (✓) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because: _drug history; prior record; possible gang affiliations; parole status_

B. (✓) History and characteristics indicate a serious risk that defendant will flee because: _drug abuse; failure to appear arrests_

C. ( ) A serious risk exists that defendant will:

    1. ( ) obstruct or attempt to obstruct justice;

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR - 94 (02/94)     - 2 -     Page 2 of 3

| | |
|---|---|
| 1 | 2. ( )   threaten, injure or intimidate a witness/ juror; because: |
| 2 | _____ |
| 3 | _____ |
| 4 | _____ |
| 5 | _____ |
| 6 | _____ |
| 7 | _____ |
| 8 | D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption |
| 9 | provided in 18 U.S.C. § 3142 (e). |
| 10 | IT IS ORDERED *without prejudice* that defendant be detained prior to trial. |
| 11 | IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections |
| 12 | facility separate from persons awaiting or serving sentences or person held pending appeal. |
| 13 | IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private |
| 14 | consultation with his counsel. |
| 17 | Dated: 6/17/08           _____ |
| | U.S. Magistrate Judge / District Judge |