1
2
3
4
5                                                         FILED
                                                  CLERK, U.S. DISTRICT COURT
6
                                                      NOV - 9 2012
7                    UNITED STATES DISTRICT COURT
                                                  CENTRAL DISTRICT OF CALIFORNIA
8                    CENTRAL DISTRICT OF CALIFORNIA          BY          DEPUTY
9
10 | UNITED STATES OF AMERICA,     )   Case No.:
11 |                Plaintiff,      )   ORDER OF DETENTION
                v.                  )   (FED.R. CRIM. P.32.1(a)(6); 18
12 |                                )   U.S.C. § 3143(a))
13 | Jose Garcia Ochoa              )
                 Defendant.         )
14 |                                )

15     The defendant having been arrested in this District pursuant to a warrant
16 issued by the United States District Court for the __Central__
17 District of __California__ for alleged violation(s) of the terms and
18 conditions of probation or supervised release; and
19     Having conducted a detention hearing pursuant to Federal Rule of Criminal
20 Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:
21 A.   ( )   The defendant has not met his/her burden of establishing by clear and
22              convincing evidence that he/she is not likely to flee if released under
23              18 U.S.C. § 3142(b) or (c). This finding is based on the following:
24         • Unknown Background
25         • Unknown Bail Resources
26
27                                      1
28

1 and/or

2 B.    ( )    The defendant has not met his/her burden of establishing by clear and
3             convincing evidence that he/she is not likely to pose a danger to the
4             safety of any other person or the community if released under 18
5             U.S.C. § 3142(b) or (c).  This finding is based on the following:

6 _____
7 _____
8 _____
9 _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 11/9/12

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2